UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | 2:04-CR-0345-LDG-PAL |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RAUL FELIPE HERNANDEZ | ) ) | |
| Defendant. | ) ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#55), sentencing held on November 18, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WILLIAM WILLIAMS
Amount of Restitution: $9,061.47

Name of Payee: MARY CATHERINE BRUNE
Amount of Restitution: $4,813.62

Name of Payee: DALE FEINBERG
Amount of Restitution: $3,882.17

Name of Payee: IAN MCGREGOR
Amount of Restitution: $1,293.21

Name of Payee: LINDA NELSON
Amount of Restitution: $3,921.23

**Total Amount of Restitution ordered:** $22,971.70**
**Joint and Several with codefendant Gloria Hernandez

Dated this ____18____ day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE